## CITY OF HIGHLAND PARK v. WERCH

ACTION—COMPLAINT—COUNTERCLAIM—SUMMARY JUDGMENT—APPEAL
AND ERROR.

Trial court's granting of defendant's motion for summary judgment on plaintiffs' claim and denial of plaintiffs' motion for summary judgment on defendant's counterclaim *held* not to be a final judgment appealable as of right, when court rule requiring express direction of trial judge for entry of final judgment is not complied with; therefore the Court of Appeals is without jurisdiction to hear an appeal from such a judgment (GCR 1963, 518.2).

Appeal from Wayne, Kaufman (Charles), J. Submitted Division 1 December 24, 1968, at Detroit. (Docket No. 4,930.) Decided January 29, 1969. Rehearing denied March 25, 1969.

Complaint by the city of Highland Park, a Michigan municipal corporation, by Highland Park General Hospital, a department of the city, against Solomon C. Werch to rescind a contract of employment. Defendant counterclaims for damages to his reputation and for breach of contract. Defendant's motion for summary judgment on plaintiff's claim granted. Plaintiff's motion for summary judgment on defendant's counterclaim denied. Plaintiff appeals. Appeal dismissed.

REFERENCE FOR POINTS IN HEADNOTE
4 Am Jur 2d, Appeal and Error § 301.

*George W. Moore,* City Attorney, and *Arthur N. Bishop, Jr.,* Special Assistant City Attorney, for plaintiffs.

*Ginn & Kramer,* for defendant.

PER CURIAM. Plaintiff appeals as of right from the orders of the trial court granting defendant's motion for summary judgment on plaintiff's complaint and denying plaintiff's motion for summary judgment on defendant's counterclaim. These are not final judgments appealable as of right for the reason that GCR 1963, 518.2 was not complied with. This Court is without jurisdiction and the appeal must be dismissed. *Fox* v. *Board of Regents of the University of Michigan* (1965), 375 Mich 238; and *Standard Building Products Company* v. *Woodland Building Company* (1965), 1 Mich App 434, 437; *Earp* v. *City of Detroit* (1968), 11 Mich App 659.

Appeal dismissed.

LESINSKI, C. J., and J. H. GILLIS, J., concurred.

T. G. KAVANAGH, J., did not participate in the decision of this case.